<u>EXHIBIT A</u>

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Canute Flo,<br><br>　　　　Plaintiff,<br><br>　－ vs. －<br><br>Navillus Tile, Inc. d/b/a Navillus Contracting, Donald O'Sullivan, and John Does #1-10,<br><br>　　　　Defendants. | DOCKET NO. 10-CV-5300<br>(KAM) (VVP) |

### **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Canute Flo ("Plaintiff"), and Defendants Navillus Tile, Inc. d/b/a Navillus Contracting and Donald O'Sullivan ("Defendants"), that all of Plaintiff's claims in the Complaint in the above-captioned action are dismissed, <u>with prejudice</u>, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: ~~July~~ Sept. 2, 2011

| | |
|---|---|
| **SAMUEL & STEIN**<br><br>By: _/s/ David Stein_<br>　　David Stein (DS-2119)<br><br>38 West 32nd Street, Suite 1110<br>New York, New York 10001<br>(212) 563-9884<br>Attorneys for Plaintiff | **CERTILMAN BALIN ADLER & HYMAN, LLP**<br><br>By: _/s/_<br>　　Douglas E. Rowe (DR-　　)<br><br>90 Merrick Avenue, 9th Floor<br>East Meadow, NY 11554<br>(516) 296-7000<br>Attorneys for Defendants |

SO ORDERED:

_____
Hon. Kiyo Matsumoto, U.S.D.J.